FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 FEB 27 AM 11:28

CLERK 
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John Curry Jackson | ) | CASE NO. CR495-00123-023 |

### ORDER

On June 26, 2008, the Court denied Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). On February 26, 2009, Defendant filed another Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c). The Court assumes that Defendant did not receive a copy of the Court's Order dated June 26, 2008, prior to filing another motion. For the same reason set forth in the Court's original Order (Doc. 1041) as to Defendant's request, the Motion is **DENIED**.

SO ORDERED, this 27th day of February, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA